IRENE C. STORM, an Infant, by JAQUES VAN BRUNT, her Guardian ad Litem, Appellant, *v.* T. SCHENCK REMSEN, as Committee of CORNELIA L. BENNET, a Lunatic, et al., Respondents.

*Storm* v. *Remsen*, 11 App. Div. 630, affirmed.
(Argued October 5, 1899; decided October 24, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

December 30, 1896, modifying a judgment entered upon a decision of the court declaring a deed of a testamentary trustee to be void, on trial at Special Term.

*Edwin Countryman* for appellant.

*Hector M. Hitchings* and *George C. Case* for respondents.

Order affirmed, with costs; no opinion.
All concur.